UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 15-92139-BHL-13 |
| JULIUS C. WILKERSON ) | |
| Debtor ) | |
| ) | |

**DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN
AND NOTICE OF OBJECTION DEADLINE**

Comes now the Debtor, by counsel, and, in order to cure a pending arrearage in his payments to the Trustee, proposes that his *First Amended Chapter 13 Plan* [Doc. 53] (as confirmed by the Court's order of July 14, 2016 [Doc. 55], and modified by the Court's orders of January 9, 2017 [Doc. 61], and August 7, 2017 [Doc. 65], the "Plan"), be modified as follows:

1. The Debtor has paid $12,873.00 to the Trustee through January 2019, including his most recent payment of $475.00 initiated on or about January 7, 2019.

2. The Debtor is nevertheless in arrears to the Trustee, and proposes this modification in order to bring his Plan current.

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk on or before January 31, 2019. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the Debtors' undersigned counsel and the Trustee.  **If an objection is NOT timely filed, the requested relief may be granted**.

WHEREFORE, the Debtor prays for an order modifying his Plan, such that:

A.   the Plan shall be deemed current through January 2019;

B.   the base amount of the Plan will remain $27,300.00;

C.   the Debtor shall deliver monthly payments to the Trustee beginning in February 2019 of not less than $497.49, until the base amount of the Plan is satisfied;

D.   this case will be automatically dismissed if any payment due during the six months after the entry of an order granting this motion is not received by the Trustee prior to the last day of the month in which it is due; and

E.   all other terms of the Plan will remain in full force and effect.

Respectfully submitted,

/s/ *William P. Harbison*
WILLIAM P. HARBISON
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: harbison@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

On January 10, 2019, I filed this *Debtor's Motion to Modify Confirmed Chapter 13 Plan and Notice of Objection Deadline* electronically.  Notice of the filing will be sent via the Court's CM/ECF system to the following:

- U.S. Trustee: ustpregion10.in.ecf@usdoj.gov
- Joseph M. Black, Jr., Trustee: jmbecf@trustee13.com

Furthermore, on January 10, 2019, I served this *Debtor's Motion to Modify Confirmed Chapter 13 Plan and Notice of Objection Deadline* via U.S Mail upon the following:

| | |
|---|---|
| Quantum3 Group LLC,<br>agent for Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA  92623-9657 | Collection Associates<br>P.O. Box 349<br>Greensburg, IN  47240 |

/s/ *William P. Harbison*
WILLIAM P. HARBISON

g:\doc\wph\wilkerson, julius\pldgs\motion to modify plan #3.docx